THE JENNIE CLARKSON HOME FOR CHILDREN, Respondent, v. UNION PACIFIC RAILROAD COMPANY et al., Appellants.

*Jennie Clarkson Home* v. *Union Pac. R. R, Co.*, 92 App. Div. 618, affirmed.
(Argued May 3, 1905; decided May 30, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 12, 1904, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Maxwell Evarts* and *W. H. Doughty, Jr.*, for Union Pacific Railroad Company, appellant.

*John G. Milburn, William S. Maddox* and *William R. Bronk* for Robert Gibson, appellant.

*Charles F. Brown, Henry W. Sackett* and *William A. McQuaid* for respondent.

Judgment affirmed, with costs, on opinion in *Jennie Clarkson Home* v. *Missouri, Kansas & Texas Ry. Co.* (182 N. Y. 47).

Concur: CULLEN, Ch. J., BARTLETT, HAIGHT and WERNER, JJ.; GRAY and O'BRIEN, JJ., concur in result. Not sitting: VANN, J.